**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLES "DYLAN" HOLCOMB, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MRP REALTY, <br><br> Defendant. | CASE NO: 1:11CV779-BAH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties to this action, by their respective undersigned counsel and pursuant to Federal Rule of Civil procedure 41(a), hereby stipulate and agree that all of the Plaintiff's causes of action against MRP Realty[1] are dismissed with prejudice.

| | |
|---|---|
| /s/ Gary E. Mason <br> Gary E. Mason (D.C. Bar No. 418073) <br> Nicholas A. Migliaccio (D.C. Bar No. 484366) <br> MASON LLP <br> 1625 Massachusetts Ave., NW, Suite 605 <br> Washington, D.C. 20036 <br> Telephone: (202) 429-2290 <br><br> *Counsel for Plaintiff* | /s/ Robert F. Redmond, Jr. <br> Robert F. Redmond, Jr. <br> WILLIAMS MULLEN <br> 200 South 10th Street <br> Suite 1600 <br> PO Box 1320 <br> Richmond, VA 23218 <br> Telephone: (804) 420-6000 <br><br> *Counsel for MRP Realty* |

---

[1] MRP Realty is not a legally existing corporate entity.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2011, the foregoing was filed using the CM/ECF system which will serve all parties electronically.

/s/ Gary E. Mason